UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANE JONES,

        Plaintiff,

        v.

MARK DAVIS AND FRED DOUGLAS,

        Defendants.

CASE NO.  C11-5250BHS/JRC

ORDER GRANTING AN EXTENSION OF TIME

This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  Before the court is plaintiff's motion for an extension of time to file an amended complaint or show cause why the action should not be dismissed (ECF No. 9). Plaintiff states he wishes more time to organize his case and find an attorney.  The motion for an extension of time is GRANTED.

Plaintiff will have until June 24, 2011, to file his amended complaint or show cause. The Clerk is directed to send plaintiff a copy of this Order remove the May 13, 2011, due date from the court's calendar and note the June 24, 2011, due date.

DATED this 12th day of May, 2011.

        J. Richard Creatura
        United States Magistrate Judge

ORDER - 1