UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANE JONES,

          Plaintiff,

v.

MIKE DAVIS et al.

          Defendant.

CASE NO. 11-5250BHS

ORDER GRANTING AN EXTENSION OF TIME

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a second motion for an extension of time to file an amended complaint (ECF No. 14). Plaintiff states he will be released from confinement on June 29, 2011, and he hopes to retain counsel (ECF No. 14). He asks the court to grant him an extension of time until the end of July.

The motion is GRANTED. Plaintiff will have until August 12, 2011, to file his amended complaint. The court reminds plaintiff that his amended complaint must

ORDER GRANTING AN EXTENSION OF TIME - 1

1   address the issues raised in the April 11, 2011 Order (ECF No. 5).  The court also warns

2   the plaintiff that further extensions of time are unlikely.

3        Dated this 7th day of July, 2011.

*signature*

J. Richard Creatura
United States Magistrate Judge