UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANE JONES,<br><br>           Plaintiff,<br><br>v.<br><br>MIKE DAVIS, et al.,<br><br>           Defendants. | CASE NO. C11-5250BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 18). The Court, having considered the R&R and Petitioner having filed no objections, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's case is **DISMISSED with prejudice**.

Dated this 28th day of September, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER